OPINION — AG — **** PUBLIC EMPLOYEES RETIREMENT **** A RETIRANT UNDER THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM WHO IS ELECTED TO A DISTRICT OR ASSOCIATE DISTRICT JUDGESHIP WOULD NOT CAUSE THE JUDICIAL DEPARTMENT TO BE REQUIRED TO CONTRIBUTE TO THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM, AS PROVIDED BY 74 O.S. 1974 Supp., 914 [74-914](4) CITES: 20 O.S. 1971 1101 [20-1101], 20 O.S. 1971 1102 [20-1102] (JAMES H. GRAY)